90 So.2d 845

### JAMES A. HEAD & CO., Inc.

v.

### Carl W. BRYSON et al.

### 6 Div. 955.

Supreme Court of Alabama.

Sept. 13, 1956.

Rehearing Denied Nov. 29, 1956.

Appeal from Circuit Court, Jefferson County; Eugene A. Hawkins, Judge.

Lange, Simpson, Robinson & Somerville, Reid B. Barnes, Jas. A. Simpson and Dan J. Meador, Birmingham, for appellant.

Lucien D. Gardner, Leigh M. Clark, J. Asa Rountree, III, and Cabaniss & Johnston, Birmingham, for appellees.

MERRILL, Justice.

The decree in this cause is identical with that in the case of James A. Head & Co.,

Inc. v. Fred Rolling, Ala., 90 So.2d 828,[1] except that this decree is concerned primarily with respondent Carl W. Bryson, instead of respondent Fred Rolling.

On the authority of the decision in James A. Head & Co. v. Fred Rolling, supra, the decree of the lower court is affirmed.

Affirmed.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.